IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00049-PSF-BNB

TAMARA B. FIELDS,

Plaintiff,

v.

7-ELEVEN INC., f/k/a as Southland Corp.,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. Each side presented a proposed scheduling order, but neither proposed order incorporated the information from the other side. Consequently, the competing proposed orders were refused.

IT IS ORDERED that a supplemental scheduling conference is set for **April 30, 2007, at 9:00 a.m.**, in Courtroom 2, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for the defendant may appear at the supplemental scheduling conference by telephone by contacting my chambers at **303-844-6408** on the appropriate date and time.

IT IS FURTHER ORDERED that the parties shall confer and submit a joint proposed scheduling order on or before **April 20, 2007**.

Dated April 13, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge